955 So.2d 670 (2007)
CITY OF LAFAYETTE
v.
Darrell DESORMEAUX.
City of Lafayette
v.
Michelle Marie Desormeaux.
No. 2006-KP-1730.
Supreme Court of Louisiana.
April 27, 2007.
In re Lafayette City of;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Lafayette, Lafayette City Court, Nos. CT2004-17303, CT2004-17304, CC2004-4084, CC2004-4085, CC2004-4083,; 15th Judicial District Court Div. L, No. 108132; to the Court of Appeal, Third Circuit, No. KW 06-00460.
Granted.